1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  ROGER DINH (NYBN 4979274)
   Special Assistant United States Attorney
5      1301 Clay Street, Suite 340S
       Oakland, California 94612
6      Telephone: (510) 637-3918
       FAX: (510) 637-3724
7      Roger.Dinh@usdoj.gov

8  Attorneys for United States of America

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                            OAKLAND DIVISION
12

13  UNITED STATES OF AMERICA,           )  No. CR-4-14-70167 MAG
                                        )
14                                      )  STIPULATED MOTION AND [PROPOSED]
                                        )  ORDER CONTINUING PRELIMINARY
        v.                              )  HEARING OR ARRAIGNMENT DATE AND
15                                      )  WAIVING TIME UNDER SPEEDY TRIAL ACT
    TORRANCE SNOWDEN,                   )  TO MARCH 21, 2014, at 9:30 a.m.
16                                      )
        Defendant.                      )
17  _____)

18      With the agreement of the parties, and with the consent of the defendant, the Court enters this

19 order pursuant to Federal Rule of Criminal Procedure 5.1(d) continuing the arraignment or preliminary

20 hearing date for Defendant Torrance Snowden to March 21, 2014, at 9:30am before the Honorable

21 Donna M. Ryu.  Counsel for the defendant believes that postponing the preliminary hearing is in his

22 client's best interest and that it is not in his client's best interest for the United States to present an

23 indictment before the current, February 28, 2014, preliminary hearing date.  The parties agree that –

24 taking into account the public interest in prompt disposition of criminal cases – good cause exists for

25 this extension.

26      Defendant also agrees to toll and waive for this period of time any time limits applicable under

27 Title 18, United States Code, Section 3161.  The parties agree and stipulate that defense counsel needs

28

STIPULATED REQUEST TO CONTINUE AND EXCLUDE TIME AND [PROPOSED] ORDER
CR-4-14-70167 MAG

time to review discovery and that an exclusion of time under the Speedy Trial Act for effective preparation of counsel is warranted pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  Undersigned defense counsel represents that he has spoken with her client, and that Mr. Snowden agrees to the continuance and to time being tolled and waived as requested.

**IT IS SO STIPULATED.**

DATED:  February 19, 2014   _____/s/  Jerome Matthews\_\_
JEROME MATTHEWS
Attorney for Defendant

DATED:  February 19, 2014   MELINDA HAAG
United States Attorney

_____/s/_____
ROGER DINH
Special Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: February  20   , 2014_____  /s/ Kandis Westmore
HON. KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATED REQUEST TO CONTINUE AND EXCLUDE TIME AND [PROPOSED] ORDER
CR-4-14-70167 MAG